

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-18-00523-CV

**OHIO DEVELOPMENT, LLC.**,
Appellant

v.

**TAPATIO SPRINGS HOMEOWNERS ASSOCIATION**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-405CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

We have considered appellee's Motion for En Banc Reconsideration. Because the panel has issued a different opinion, the appellee's Motion for En Banc Reconsideration is **DENIED AS MOOT**. *See* Tex. R. App. P. 49.5.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2019.



Michael A. Cruz,
Clerk of Court